JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOW MATTER ENTERTAINMENT LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVE CURD, an individual; WENDY CURD, an individual; and DOES 2 through 5, inclusive.<br><br>　　　　Defendants. | Case No. 2:24-cv-04435-AB(ASx)<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

-1-

Before the Court is the Parties' stipulation to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court, having considered the parties' stipulation and good cause appearing, hereby GRANTS the stipulation and ORDERS as follows:

1. This action is dismissed in its entirety without prejudice; and
2. The Parties will bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 19, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE